IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and CIMA LABS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BARR PHARMACEUTICALS, INC., and BARR LABORATORIES, INC., <br><br> Defendants. | Civil Action No. |

### DISCLOSURE STATEMENT OF CIMA LABS, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff CIMA LABS, INC. makes the following Corporate Disclosure Statement:

1) The parent corporation of CIMA LABS, INC. is Cephalon, Inc.

2) Cephalon, Inc. owns 10% or more of the stock of CIMA LABS, INC.

Respectfully submitted,

FISH & RICHARDSON, P.C.

William J. Marsden, Jr. (#2247)
Douglas E. McCann (#3852)
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070
marsden@fr.com
dmccann@fr.com

Attorneys for Plaintiffs

DATED: July 22, 2008