IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and CIMA LABS, INC., | |
| Plaintiffs, | Case No. 08-cv-00455 (UNA) |
| v. | |
| BARR PHARMACEUTICALS, INC., and BARR LABORATORIES, INC., | |
| Defendants. | |

## DEFENDANTS' RULE 7.1 DISCLOSURE

Defendants Barr Laboratories, Inc. and Barr Pharmaceuticals, Inc. make the following disclosure pursuant to Federal Rule of Civil Procedure 7.1:

Defendant Barr Laboratories, Inc. is a wholly-owned subsidiary of Defendant Barr Pharmaceuticals, Inc. Barr Pharmaceuticals, Inc. is publicly traded on the New York Stock Exchange under the ticker symbol BRL. To the best of our knowledge as of the date hereof, no publicly-held corporation or parent corporation currently owns 10% or more of Barr Pharmaceuticals' stock. However, Barr Pharmaceuticals recently entered into an agreement with Teva Pharmaceutical Industries Ltd. whereby Teva has agreed to acquire Barr Pharmaceuticals. It is expected that this agreement will be finalized sometime in the fourth quarter of 2008.

Respectfully submitted,

Dated: August 12, 2008      By: _____
John C. Phillips, Jr. (#110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200 (telephone)
(302) 655-4210 (facsimile)
jcp@pgslaw.com